TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS (STATE BAR NO. 146904)
MOLLIE F. BENEDICT (STATE BAR NO. 187084)
SARAH C. TRANKIEM (STATE BAR NO. 235031)
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
sarah.trankiem@tuckerellis.com

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., and JOHNSON &
JOHNSON, incorrectly named and sued as JOHNSON &
JOHNSON, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA WILT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and VAIL CONSULTING LLC,<br><br>　　　　Defendants. | CASE NO.: CV11-1727-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** **(L.R. 6-1)**<br><br>Complaint Served: April 29, 2011<br>Current Response Date: May 20, 2011<br>New Response Date: June 6, 2011 |

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)**
LaImanage/012194/006735/713477

Pursuant to Local Rule 6-1 of the United States District Court of the Northern District of California, Plaintiff Bonita Wilt and Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., and Johnson & Johnson, incorrectly named and sued as Johnson & Johnson, Inc., hereby stipulate by the undersigned counsel to allow Defendants an extension of time to respond to Plaintiff's initial Complaint. Defendants' responsive pleading is now due on June 6, 2011.

DATED: May 9, 2011    TUCKER ELLIS & WEST LLP

By: /s/ Mollie F. Benedict
    Mollie F. Benedict
    Attorneys for Defendants
    DePUY ORTHOPAEDICS, INC., JOHNSON
    & JOHNSON SERVICES, INC., and
    JOHNSON & JOHNSON, incorrectly named
    and sued as JOHNSON & JOHNSON, INC.
    e-mail: mollie.benedict@tuckerellis.com

DATED: May 9, 2011    SEEGER SALVAS LLP

By: /s/ Brian J. Devine
    Brian J. Devine
    Attorneys for Plaintiff
    BONITA WILT
    e-mail: bdevine@seegersalvas.com

Dated: May 13, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)**
LaImanage/012194/006735/713477

# CERTIFICATE OF SERVICE

I, Estella Licon, am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071-2223. I am over the age of eighteen years, and am not a party to the within action.

On May 9, 2011, I served the following: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)** on the interested parties in this action:

__X__ **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District of California ECF website, addressed to all parties appearing on the Court's ECF service list. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

__X__ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on May 9, 2011.

                        /s/ Estella Licon
                        Estella Licon